IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHERRY I. HEROD                                                               PLAINTIFF

                 v.                 Civil No. 05-5130

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                                DEFENDANT

## **J U D G M E N T**

Now on this 5th day of September, 2006, comes on for consideration the Report and Recommendation dated August 15, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; reverses the decision of the Commissioner; and remands the case for further proceedings in accordance with the directions of the court.

                                                                 /s/Jimm Larry Hendren
                                                                 HON. JIMM LARRY HENDREN
                                                                 UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)